# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: BURKHOLDER, JON ANTHONY | § | Case No. 10-71118 |
| BURKHOLDER, ELIZABETH ANNE | § | |
| | § | |
| Debtor(s) BEEM, ELIZABETH ANNE | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
BERNARD J. NATALE                , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

Clerk of The U S Bankruptcy Court

211 South Court Street

Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within  21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 03/02/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  02/03/2011          By:  /s/BERNARD J. NATALE

                                        Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: BURKHOLDER, JON ANTHONY      §    Case No. 10-71118

       BURKHOLDER, ELIZABETH ANNE      §

                             §

Debtor(s) BEEM, ELIZABETH ANNE      §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*      $       7,500.03

*and approved disbursements of*      $       0.00

*leaving a balance on hand of* [1]      $       7,500.03

**Balance on hand:**      $       7,500.03

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| | | None | | | |

Total to be paid to secured creditors:    $       0.00

Remaining balance:    $       7,500.03

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - BERNARD J. NATALE | 1,495.77 | 0.00 | 1,495.77 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,682.75 | 0.00 | 1,682.75 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 5.92 | 0.00 | 5.92 |

Total to be paid for chapter 7 administration expenses:    $       3,184.44

Remaining balance:    $       4,315.59

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ _____ 0.00

Remaining balance: $ _____ 4,315.59

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ _____ 0.00

Remaining balance: $ _____ 4,315.59

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,259.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Chase Bank USA, N.A. | 4,259.36 | 0.00 | 4,259.36 |

Total to be paid for timely general unsecured claims: $ _____ 4,259.36

Remaining balance: $ _____ 56.23

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $              0.00

Remaining balance:   $            56.23

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $              0.00

Remaining balance:   $            56.23

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.3% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $13.89.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $42.34.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By:   /s/BERNARD J. NATALE

Bernard J Natale, Trustee

BERNARD J. NATALE

6833 STALTER DRIVE

SUITE 201

ROCKFORD, IL  61108

(815) 964-4700

natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

District/off: 0752-3        User: vgossett         Page 1 of 1           Date Rcvd: Feb 07, 2011
Case: 10-71118             Form ID: pdf006        Total Noticed: 16

The following entities were noticed by first class mail on Feb 09, 2011.
```
db/jdb      +Jon Anthony Burkholder,   Elizabeth Anne Burkholder,   6814 Strong Box Circle,
             Roscoe, IL 61073-9031
aty         +Bernard J Natale,   Law Office of Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
             Rockford, IL 61108-2582
aty         +David L Davitt,   Schlueter Ecklund,   4023 Charles Street,   Rockford, IL 61108-6199
aty         +Scott E Hillison,   6833 Stalter Drive Ste 201,   Rockford, IL 61108-2582
tr          +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
             Rockford, IL 61108-2582
15229280     Bank of America,   P.O. Box 15726,   Wilmington, DE 19886-5726
15229282     Card Member Services,   P.O. Box 15298,   Wilmington, DE 19850-5298
15737214     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15229285    +Christa Hickson,   7624 Timberfield Lane,   Indianapolis, IN 46259-9564
15229281    +HSBC Card Services,   P.O. Box 17051,   Baltimore, MD 21297-1051
15229277     National City Mortgage,   P.O. Box 533510,   Atlanta, GA 30353-3510
15229278    +Sallie Mae,   P.O. Box 9500,   Wilkes Barre, PA 18773-9500
15229286    +Shindler Law Firm,   1990 E. Algonquin Road,   Suite 180,   Schaumburg, IL 60173-4164
15229284    +Sylvestri Law Offices,   2208 Charles Street,   Rockford, IL 61104-1549
```

The following entities were noticed by electronic transmission on Feb 07, 2011.
```
15684068     E-mail/PDF: mrdiscen@discoverfinancial.com Feb 08 2011 00:08:15      Discover Bank,
             Dfs Services LLC,   PO Box 3025,   New Albany, OH 43054-3025
15229279     E-mail/PDF: mrdiscen@discoverfinancial.com Feb 08 2011 00:08:14
             Discover Card Financial Services,   P.O. Box 6103,   Carol Stream, IL 60197-6103
15229278    +E-mail/PDF: pa_dc_claims@salliemae.com Feb 08 2011 00:10:33      Sallie Mae,   P.O. Box 9500,
             Wilkes Barre, PA 18773-9500
                                                                              TOTAL: 3
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15229283*   +HSBC Card Services,   P.O. Box 17051,   Baltimore, MD 21297-1051
                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 09, 2011**                    **Signature:**   *Joseph Speetjens*