# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: BURKHOLDER, JON ANTHONY | § | Case No. 10-71118 |
| BURKHOLDER, ELIZABETH ANNE | § | |
| | § | |
| Debtor(s) BEEM, ELIZABETH ANNE | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $126,929.97         Assets Exempt:  $26,929.97
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,273.25         Claims Discharged
                                                   Without Payment:  $37,350.00

Total Expenses of Administration: $3,184.44

---

  3)  Total gross receipts of $     7,500.03    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      42.34     (see **Exhibit 2**), yielded net receipts of $7,457.69 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $104,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,184.44 | 3,184.44 | 3,184.44 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 57,661.00 | 20,283.89 | 4,273.25 | 4,273.25 |
| **TOTAL DISBURSEMENTS** | $161,661.00 | $23,468.33 | $7,457.69 | $7,457.69 |

    4) This case was originally filed under Chapter 7 on March 10, 2010. The case was pending for 14 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/11/2011     By: /s/BERNARD J. NATALE
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Compromise | 1249-000 | 7,500.00 |
| Interest Income | 1270-000 | 0.03 |
| **TOTAL GROSS RECEIPTS** | | **$7,500.03** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Elizabeth Ann Burkholder | Distribution paid 100.00% on $42.34; Claim# SURPLUS; Filed: $42.34; Reference: | 8200-000 | 42.34 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$42.34** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | National City Mortgage | 4110-000 | 104,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$104,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 5.92 | 5.92 | 5.92 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 1,682.75 | 1,682.75 | 1,682.75 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,495.77 | 1,495.77 | 1,495.77 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | N/A | 3,184.44 | 3,184.44 | 3,184.44 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 16,011.00 | 16,010.64 | 0.00 | 0.00 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 4,300.00 | 4,259.36 | 4,259.36 | 4,259.36 |
| 2I | Chase Bank USA, N.A. | 7990-000 | N/A | 13.89 | 13.89 | 13.89 |
| NOTFILED | Sallie Mae | 7100-000 | 20,100.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Services | 7100-000 | 3,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 13,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Sylvestri Law Office | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Services | 7100-000 | 550.00 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 57,661.00 | 20,283.89 | 4,273.25 | 4,273.25 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-71118  
**Case Name:** BURKHOLDER, JON ANTHONY  
BURKHOLDER, ELIZABETH ANNE  
**Period Ending:** 05/11/11  

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 03/10/10 (f)  
**§341(a) Meeting Date:** 04/19/10  
**Claims Bar Date:** 09/01/10  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence | 100,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Compromise (u) | 0.00 | 7,500.00 | | 7,500.00 | FA |
| 3 | Cash in Wallets | 28.00 | 0.00 | DA | 0.00 | FA |
| 4 | Chase Chkg acct 727894958 | 256.00 | 0.00 | DA | 0.00 | FA |
| 5 | Chase Chkg acct 828512210 | 98.00 | 0.00 | DA | 0.00 | FA |
| 6 | Chase Minor Savings Acct 2723717340 | 970.86 | 0.00 | DA | 0.00 | FA |
| 7 | Chase Minor Savings Acct 2723717332 | 584.87 | 0.00 | DA | 0.00 | FA |
| 8 | Chase Minor Savings Acct 2723717324 | 347.21 | 0.00 | DA | 0.00 | FA |
| 9 | Amcore Bank Acct 0942 | 141.00 | 0.00 | DA | 0.00 | FA |
| 10 | Misc Household Goods & Furnishings | 1,880.00 | 0.00 | DA | 0.00 | FA |
| 11 | Misc Children Books | 30.00 | 0.00 | DA | 0.00 | FA |
| 12 | Family Clothing | 200.00 | 0.00 | DA | 0.00 | FA |
| 13 | Roth IRA Schwab Acct 1018-8901 | 2,720.00 | 0.00 | DA | 0.00 | FA |
| 14 | Roth IRA Schwab Acct 3062-7524 | 3,368.00 | 0.00 | DA | 0.00 | FA |
| 15 | Child Support in Arrears | 13,506.03 | 0.00 | DA | 0.00 | FA |
| 16 | 2003 Dodge Caravan | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 17 | 1991 Honda Civic Wagon - not running | 300.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.03 | FA |
| 18 | **Assets** Totals (Excluding unknown values) | **$126,929.97** | **$7,500.00** | | **$7,500.03** | **$0.00** |

**Major Activities Affecting Case Closing:**

FINAL REPORT FILED

**Initial Projected Date Of Final Report (TFR):**                    **Current Projected Date Of Final Report (TFR):**   January 19, 2011  (Actual)

Printed: 05/11/2011 01:56 PM    V.12.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 10-71118 | | **Trustee:** | BERNARD J. NATALE (330370) |
| --- | --- | --- | --- | --- |
| **Case Name:** | BURKHOLDER, JON ANTHONY | | **Bank Name:** | The Bank of New York Mellon |
| | BURKHOLDER, ELIZABETH ANNE | | **Account:** | 9200-******16-65 - Money Market Account |
| **Taxpayer ID #:** | **-***6381 | | **Blanket Bond:** | $552,000.00   (per case limit) |
| **Period Ending:** | 05/11/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 12/03/10 | {2} | Schlueter Ecklund Attorneys | Pymt on Compromise Re: Elizabeth Burkholder | 1249-000 | 7,500.00 | | 7,500.00 |
| 12/20/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.03 | | 7,500.03 |
| 12/20/10 | | To Account #9200******1666 | | 9999-000 | | 7,500.03 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,500.03 | 7,500.03 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 7,500.03 | |
| | | | **Subtotal** | | 7,500.03 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,500.03** | **$0.00** | |

{} Asset reference(s)

Printed: 05/11/2011 01:56 PM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-71118  
**Case Name:** BURKHOLDER, JON ANTHONY  
BURKHOLDER, ELIZABETH ANNE  
**Taxpayer ID #:** **-***6381  
**Period Ending:** 05/11/11

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******16-66 - Checking Account  
**Blanket Bond:** $552,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/20/10 | | From Account #9200******1665 | | 9999-000 | 7,500.03 | | 7,500.03 |
| 03/02/11 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,495.77, Trustee Compensation; Reference: | 2100-000 | | 1,495.77 | 6,004.26 |
| 03/02/11 | 102 | Elizabeth Ann Burkholder | Distribution paid 100.00% on $42.34; Claim# SURPLUS; Filed: $42.34; Reference: | 8200-000 | | 42.34 | 5,961.92 |
| 03/02/11 | 103 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 1,688.67 | 4,273.25 |
| | | | Dividend paid 100.00%   1,682.75 on $1,682.75;  Claim# ATTY; Filed: $1,682.75 | 3110-000 | | | 4,273.25 |
| | | | Dividend paid 100.00%   5.92 on $5.92;  Claim# EXP; Filed: $5.92 | 3120-000 | | | 4,273.25 |
| 03/02/11 | 104 | Chase Bank USA, N.A. | Combined Check for Claims#2,2I | | | 4,273.25 | 0.00 |
| | | | Dividend paid 100.00%   4,259.36 on $4,259.36;  Claim# 2; Filed: $4,259.36; Reference: 7785 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   13.89 on $13.89;  Claim# 2I; Filed: $13.89; Reference: 7785 | 7990-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 7,500.03 | 7,500.03 | $0.00 |
| Less: Bank Transfers | 7,500.03 | 0.00 | |
| **Subtotal** | 0.00 | 7,500.03 | |
| Less: Payments to Debtors | | 42.34 | |
| **NET Receipts / Disbursements** | **$0.00** | **$7,457.69** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******16-65** | 7,500.03 | 0.00 | 0.00 |
| **Checking # 9200-******16-66** | 0.00 | 7,457.69 | 0.00 |
| | **$7,500.03** | **$7,457.69** | **$0.00** |

{} Asset reference(s)                                                                                         Printed: 05/11/2011 01:56 PM    V.12.56